November 1, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MARATHON PETROLEUM COMPANY LP, Appellant

NO. 14-16-00634-CV                    V.

CHERRY MOVING COMPANY, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 15, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marathon Petroleum Company LP.

We further order this decision certified below for observance.